[8ostkclsd] [ORDER STRIKING]

ORDERED.

**Dated: August 6, 2015**

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No. 8:15−bk−07225−CPM
                                                                                                Chapter 13
Derrel Leonard Thomas

_____Debtor*_____/

### ORDER STRIKING SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, STATEMENT OF CURRENT MONTHLY INCOME, CHAPTER 13 PLAN

   THIS CASE came on for consideration of the Schedules, Statement of Financial Affairs, Statement of Current Monthly Income and Chapter 13 Plan (Doc. No. 19 and 20 ) filed by Debtor on August 3, 2015 . The Court considered the record and finds that the above−named case is dismissed and, therefore, this Court has no jurisdiction to consider the matter filed unless the case is reinstated upon a properly filed motion. Accordingly, it is

   **ORDERED** that the Schedules, Statement of Financial Affairs, Statement of Current Monthly Income and Chapter 13 Plan filed by Debtor is stricken.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.