United States Bankruptcy Court
Middle District of Florida

In re:  
Derrel Leonard Thomas  
      Debtor

Case No. 15-07225-CPM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113A-8      User: cellil      Page 1 of 1      Date Rcvd: Aug 06, 2015  
                      Form ID: 8ostkcls     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2015.  
db            +Derrel Leonard Thomas,    821 Moonlight Lane,    Brooksville, FL 34601-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2015                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2015 at the address(es) listed below:  
               Brian M Guertin     on behalf of Creditor    JPMorgan Chase Bank, National Association    bkfiling@consuegralaw.com  
               Jon    Waage     jwflecf@trustee13.com  
               United States Trustee - TPA7/13, 7    USTPRegion21.TP.ECF@USDOJ.GOV  
               W. S. Badcock Corporation (FJ)    frida.jackson@badcock.com  
                                                                                                                           TOTAL: 4

[8ostkclsd] [ORDER STRIKING]

Dated: August 6, 2015

ORDERED.

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:15−bk−07225−CPM
Chapter 13

Derrel Leonard Thomas

_____Debtor*_____/

### ORDER STRIKING SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, STATEMENT OF CURRENT MONTHLY INCOME, CHAPTER 13 PLAN

   THIS CASE came on for consideration of the Schedules, Statement of Financial Affairs, Statement of Current Monthly Income and Chapter 13 Plan (Doc. No. 19 and 20 ) filed by Debtor on August 3, 2015 . The Court considered the record and finds that the above−named case is dismissed and, therefore, this Court has no jurisdiction to consider the matter filed unless the case is reinstated upon a properly filed motion. Accordingly, it is

   **ORDERED** that the Schedules, Statement of Financial Affairs, Statement of Current Monthly Income and Chapter 13 Plan filed by Debtor is stricken.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.